UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEVE M. JEAN PIERRE, | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 21-11183-ADB |
| WOBURN POLICE DEPARTMENT, et al., | * | |
| Defendants. | * | |

ORDER

BURROUGHS, D.J.

On July 20, 2021, Steve M. Jean-Pierre, a resident of Malden, Massachusetts, filed a *pro se* complaint accompanied by an Application to Proceed in District Court without Prepaying Fees or Costs.  Dkt. Nos. 1, 2.

By Memorandum and Order dated July 22, 2021, the Court denied Jean-Pierre's Application without prejudice and advised Jean-Pierre that his complaint is subject to dismissal for failure to state a claim upon which relief may be granted.  Dkt. No. 4.  Jean-Pierre was ordered to (1) either pay the filing fee or file a renewed motion to proceed *in forma pauperis*; and (2) file an amended complaint curing the pleading deficiencies and setting forth a plausible claim upon which relief may be granted.  *Id.*  The Memorandum and Order stated that failure of Jean-Pierre to comply with these directives within thirty-five (35) days would result in dismissal of this action.  *Id.*

To date, Jean-Pierre has not responded and the time to do so has expired.  "A district court, as part of its inherent power to manage its own docket, may dismiss a case *sua sponte* for

any of the reasons prescribed in Fed. R. Civ. P. 41(b)." *Cintrn-Lorenzo v. Departamento de Asuntos del Consumidor*, 312 F.3d 522, 525-26 (1st Cir. 2002).  "Lack of diligent prosecution is such a reason." *Id.*

Having received no response to the Court's July 22, 2021 Memorandum and Order, the above entitled action is hereby DISMISSED without prejudice. The Clerk shall enter a separate order of dismissal.

**SO ORDERED.**

October 12, 2021 /s/ Allison D. Burroughs
ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE