UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVE M. JEAN PIERRE

    Plaintiff,

    v.　　　　　　　　　　　　　　　　　　C.A. No. 21-11183-ADB

WOBURN POLICE DEPARTMENT, et al.

    Defendants.

### ORDER OF DISMISSAL

Burroughs, D.J.

    In accordance with the Court's Order dated October 12, 2021 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED without prejudice.

                        By the Court,

Dated: October 12, 2021　　　　　　　　/s/ Christina McDonagh
　　　　　　　　　　　　　　　　　　　　Deputy Clerk